**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jamie Leamon, Appellant,

v.

South Carolina Department of Corrections, Respondent.

Appellate Case No. 2015-001674

Appeal From The Administrative Law Court
S. Phillip Lenski, Administrative Law Judge

Unpublished Opinion No. 2016-UP-455
Submitted September 1, 2016 – Filed November 9, 2016

**AFFIRMED**

Jamie Leamon, pro se.

Stephen Hollis Lunsford, of the South Carolina Department of Corrections, of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Al-Shabazz v. State*, 338 S.C. 354, 369, 527 S.E.2d 742, 750 (2000) ("[A]n inmate may seek review of [SCDC's] final decision in an administrative matter under the [South Carolina Administrative Procedures Act]."); *Slezak v. S.C. Dep't of Corr.*, 361 S.C. 327, 331, 605 S.E.2d 506, 507 (2004) (noting the

Administrative Law Court (ALC) "has subject matter jurisdiction to hear appeals from the final decision of [SCDC] in a non-collateral or administrative matter"); *id.* ("Subject matter jurisdiction refers to the [ALC's] 'power to hear and determine cases of the general class to which the proceedings in question belong.'" (quoting *Dove v. Gold Kist, Inc.*, 314 S.C. 235, 237-38, 442 S.E.2d 598, 600 (1994))); *id.* ("Further, the [ALC] has appellate jurisdiction over any matter where the procedural prerequisites for perfecting such an appeal have been met."); *id.* at 331, 605 S.E.2d at 508 ("While the [ALC] has jurisdiction over all inmate grievance appeals that have been properly filed, we emphasize that the [ALC] is not required to hold a hearing in every matter. Summary dismissal may be appropriate where the inmate's grievance does not implicate a state-created liberty or property interest.").

**AFFIRMED.**[1]

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.